**GOTTLIEB & ASSOCIATES PLLC**
**ATTORNEYS**

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795     www.gottlieblaw.net

July 9, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/25

**VIA ECF**

The Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMORANDUM ENDORSED**

Re:   *Espinal v. Woolf Merino Usa Inc.*
      Case No.: 1:25-cv-2046

Dear Judge Woods,

The undersigned represents Frangie Espinal, on behalf of herself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, Woolf Merino Usa Inc. ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for July 17, 2025, at 2:00 PM (Dkt. 5) be adjourned for 60 days because the Defendant has not yet answered or appeared in this action. This request will grant ample time for the Defendant to appear and discuss a possible resolution with Plaintiff's Counsel. The undersigned also respectfully requests the Defendant's Answer deadline be extended by 30 days. This is the Plaintiff's first request for an extension.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.

Application granted in part.  Plaintiff's request for modifications of certain operative deadlines in this case, Dkt. No. 8, is granted in part.  Plaintiff's request for an adjournment of the initial pretrial conference is granted.  The initial pretrial conference scheduled for July 17, 2025 is adjourned to September 25, 2025 at 1:00 p.m.  The deadline for the parties to submit the joint letter and proposed case management plan described in the Court's March 12, 2025 order is extended to September 18, 2025.  Plaintiff's request for a modification of the deadline for Defendant to answer the complaint is denied.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 8.

SO ORDERED.

Dated: July 9, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge