```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FRANGIE ESPINAL, ON BEHALF OF
HERSELF AND ALL OTHER
PERSONS SIMILARLY SITUATED,

           Plaintiffs,

v.

WOOLF MERINO USA INC.,

           Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MEMORANDUM ENDORSED**

No.: 1:25-cv-2046

**NOTICE OF VOLUNTARY DISMISSAL**

      Plaintiff(s), FRANGIE ESPINAL, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action without prejudice and without fees and costs against Defendant, WOOLF MERINO USA INC.

Dated:   New York, New York
           September 17, 2025

**GOTTLIEB & ASSOCIATES PLLC**

/s/ Michael A. LaBollita
Michael A. LaBollita, Esq. (ML-9985)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*

Plaintiff has voluntarily dismissed this case without prejudice under F.R.C.P. 41(a)(1)(A)(i). The Clerk of Court is directed to close this case.

SO ORDERED.
Dated: September 17, 2025
New York, New York

                                          _____
                                          GREGORY H. WOODS
                                       United States District Judge